■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KESHAWN M. JENNINGS, Appellant. [32 NYS3d 530]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered July 29, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS LOCKWOOD, Appellant. [32 NYS3d 528]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered May 17, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and criminal sale of a firearm in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Curran, JJ.